**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**MICHAEL DIXON** )
*on behalf of himself and others* )
*similarly situated,* )
)
Plaintiff, )
)
vs. ) Case No.: 2:18-cv-2171
)
**BOKF, N.A.** (d/b/a Home Direct )
Mortgage )
)
Defendant. )
______________________________

**CERTIFICATE OF SERVICE**

COMES NOW the Plaintiff, on behalf of himself and others similarly situated, and hereby certifies that *Plaintiff's Initial Rule 26(a) Disclosures* for opt-in Plaintiffs Barnes and Jones were sent via electronic mail to the Defense counsel of record in this matter on October 31, 2018 per the requirements of this Court's CM/ECF policies and procedures.

Respectfully Submitted,

the law office of DONELON, P.C. www.donelonpc.com

*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS Bar 17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel: (816) 221-7100
Fax: (816) 709-1044
brendan@donelonpc.com

ATTORNEY FOR PLAINTIFF

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was sent on October 31, 2018 via this Court's CM/ECF requirements to the parties' emails assigned to this case as follows:

Erica Anne Dorwart
FREDERIC DORWART, LAWYERS PLLC
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
(918) 583-9922 - Office
(918) 583-8251 – Facsimile
Email: edorwart@fdlaw.com

Juliann W. Graves
Mullins & McMillan, P.A.
10540 Marty Street, Ste. 205
Overland Park, KS 66212
(913) 529-4910
Fax: (913) 529-1208
Email: jgraves@mulmc.com

**Attorneys for Defendant**