# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**MICHAEL DIXON, on behalf of himself and others similarly situated,**

    **Plaintiff,**

    v.

**BOKF, N.A. (d/b/a Home Direct Mortgage),**

    **Defendant.**

**Case No. 18-2171-JAR-KGG**

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. 60) stating that this matter may be dismissed with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 14, 2019

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        CHIEF UNITED STATES DISTRICT JUDGE